UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

Dennis Grayson,

        Plaintiff,

Case No. 2:20-cv-204

v.

Honorable Paul L. Maloney

Unknown Part(y)(ies),

        Defendant.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: January 13, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge